UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN, Trustees of the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, Trustees of the INTERNATIONAL TRAINING FUND and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, <br><br> Plaintiffs, <br><br> -against- <br><br> P.A.C. HEATING, INC. d/b/a PLUMBING, HEATING & AIR CONDITIONING and NOVA CASUALTY, <br><br> Defendants. | 05 Civ. 1688 (JG) <br><br> **NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety.

Dated: New York, New York
March 23, 2006

s/John Gleeson        3/29/06

Dated: New York, New York
March 23, 2006

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: /s/ _____
    Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.